■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE CALDERON, Also Known as PEDRO CALDERON, Appellant.—Judgment, Supreme Court, Bronx County, rendered April 10, 1975, unanimously reversed, on the law, the motion to suppress granted, and matter remanded for trial anew. This case is indistinguishable from the codefendant's appeal *(People v Almestica,* 53 AD2d 580), in which we arrived at the same result. Concur—Markewich, J. P., Birns, Capozzoli and Yesawich, JJ.; Nunez, J., concurs on constraint of *People v Almestica (supra).*